# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL REYES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS,<br><br>　　　　　Respondent. | Case No. EDCV 14-1020-GW(JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: January 13, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ George H. Wu_
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] In his Objections, Petitioner requests an evidentiary hearing and appointment of counsel. Petitioner's requests are denied. The Court finds that an evidentiary hearing is not necessary or appropriate, and the interests of justice do not require the appointment of counsel. See <u>Terrovona v. Kincheloe</u>, 912 F.2d 1176, 1181 (9th Cir. 1990); <u>Bashor v. Risley</u>, 730 F.2d 1228, 1234 (9th Cir. 1984).