# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL REYES, | Case No. EDCV 14-1020-GW (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| CYNTHIA TAMPKINS, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 13, 2017

GEORGE H. WU
UNITED STATES DISTRICT JUDGE